**Eva Rose Elizabeth LATHROP, Minor by Next Friend, Jana Karole Lathrop, and Jana Karole Lathrop, Individually, Appellants,**

v.

**William Robert THOMPSON, Respondent.**

**No. WD 65073.**

Missouri Court of Appeals, Western District.

April 25, 2006.

Richard E. Rose, Kansas City, MO, for appellants.

David B. Sexton, Gladstone, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Jana Karole Lathrop appeals the trial court's judgment modifying William Robert Thompson's child support obligation for their minor child and denying her request for attorney's fees. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).